**FIRST CLASS COACH AND EQUIP-MENT, INC., A Florida corporation, Plaintiff–Appellant,**

v.

**THOMAS BUILT BUSES, INC., A North Carolina corporation, Daimler Chrysler A.G., A German based corporation, Defendants–Appellees.**

No. 06–11653.

United States Court of Appeals, Eleventh Circuit.

Dec. 7, 2006.

Ronald K. Gardner, Jr., Dady & Garner, P.A., Minneapolis, MN, Frank A. Hamner, Frank A. Hamner, P.A., Winter Park, FL, for Appellant.

Jon P. Christiansen, Foley & Lardner, Milwaukee, WI, John Richard Hamilton, Foley & Lardner, LLP, Orlando, FL, for Appellees.

Before ANDERSON and BARKETT, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

After oral argument and careful consideration, we conclude that the judgment of the district court is due to be affirmed. We agree with the district court that the relevant provision of the Florida Motor Vehicle Licensing Act is not applicable to the buses involved here; we agree that deference is due to the agency decision to the same effect. We also agree that plaintiff's common law claims are barred by the release. Because plaintiff has not made a claim that the defendant has breached the territorial or other provisions of the 2003 agreement, and because plaintiff's claims all arise out of, or are in connection with, alleged violations of previous agreements, we conclude that the claims are barred by the release. Finally, because plaintiff has made no persuasive argument that the release is unconsciona-

---

* Honorable Richard W. Goldberg, Judge, United States Court of International Trade, sitting by designation.

ble, we also agree with the district court's rejection of that claim.

AFFIRMED.